F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 8 - 2009

GREGORY C. LANGHAM
CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. _____**09CV02864**_____ *Bnj3*

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

CHAD EVERETT MONTGOMERY,

     Petitioner,

v.

COMPLEX WARDEN DAVIS,

     Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
### DIRECTING PETITIONER TO CURE DEFICIENCY

---

Petitioner has submitted a document titled "Forma Pauperis," a "Petition for Writ

of Habeas Corpus Under Section 2241 by a Person in Federal Custody," an "Affidavit,"

and a "Memorandum of Law in Support of Petitioner for Writ of Habeas Corpus

Pursuant to Title 28 U.S.C. § 2241." As part of the court's review pursuant to

D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are

deficient as described in this order. Notwithstanding the deficiencies, the clerk of the

court will be directed to commence a civil action. Petitioner will be directed to cure the

following if he wishes to pursue his claims. Any papers which the Petitioner files in

response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   ___    is not submitted
(2)   ___    is missing affidavit
(3)   ___    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   _X_    is missing certificate showing current balance in prison account
(5)   ___    is missing required financial information
(6)   ___    is missing an original signature by the prisoner
(7)   _X_    is not on proper form (must use the court's current form)
(8)   ___    names in caption do not match names in caption of complaint, petition or habeas application
(9)   ___    An original and a copy have not been received by the court. Only an original has been received.
(10)   ___    other:_____.

**Complaint, Petition or Application**:

(11)   ___    is not submitted
(12)   _X_    is not on proper form (must use the court's current form)
(13)   ___    is missing an original signature by the prisoner
(14)   ___    is missing page nos. ___
(15)   ___    uses et al. instead of listing all parties in caption
(16)   ___    An original and a copy have not been received by the court. Only an original has been received.
(17)   ___    Sufficient copies to serve each defendant/respondent have not been received by the court.
(18)   ___    names in caption do not match names in text
(19)   ___    other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Petitioner

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Petitioner, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action

and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.  It is

FURTHER ORDERED that, if the Petitioner fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the petition and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _7th_ day of _December_____, 2009.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   **09CV02864**

Chad Everette Montgomery
Reg No. 79125-180
FCI - Florence
P.O. Box 6000
Florence, CO 81226


I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on _12/8/09_


GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk